No. 91–401.  HOLTZMAN v. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT.  Ct. App. N. Y.  Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–429.  IN RE WESTFALL.  Sup. Ct. Mo.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 91–5827.  MAHECHA ONOFRE v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 91–474.  MARTIN v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 9th Cir.  Motion of petitioner to defer consideration of petition for writ of certiorari denied.  Certiorari denied.

No. 91–633.  PRINCIPAL FINANCIAL GROUP, AKA PRINCIPAL MUTUAL LIFE INSURANCE CO. v. THOMAS.  Sup. Ct. Ala.  Motion of American Council of Life Insurance et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 91–5835.  REIDT v. DEPARTMENT OF VETERANS AFFAIRS, *ante*, p. 948.  Petition for rehearing denied.

No. 90–1983.  PAYNE v. UNITED STATES; and MEDRANO-PEREZ v. UNITED STATES, *ante*, p. 824;
No. 90–8318.  WILLIAMS v. FOLTZ, WARDEN, *ante*, p. 844;
No. 90–8475.  GALLEGO v. CALIFORNIA, *ante*, p. 924;
No. 90–8508.  BROWN v. GEORGIA, *ante*, p. 906;
No. 91–44.  RADLOFF ET UX. v. FIRST AMERICAN NATIONAL BANK OF ST. CLOUD, N. A., ET AL., *ante*, p. 858;
No. 91–181.  AGRO SCIENCE CO. ET AL. v. COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 907;
No. 91–5005.  JORDAN ET AL. v. THOMAS, WARDEN, *ante*, p. 926;
No. 91–5249.  HAMILTON v. KESTELL, POGUE & GOULD ET AL., *ante*, p. 883;
No. 91–5489.  WATT v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, ET AL., *ante*, p. 913;

No. 91–5521. WILLIAMS *v.* CHAVIS, WARDEN, ET AL., *ante,* p. 914;

No. 91–5564. LEDET *v.* LYNN ET AL., *ante,* p. 914;

No. 91–5632. YORK *v.* UNITED STATES, *ante,* p. 916;

No. 91–5660. NASIM *v.* UNITED STATES, *ante,* p. 916;

No. 91–5716. MORRIS ET UX. *v.* CARLTON, *ante,* p. 917; and

No. 91–5720. SCHLOSSER *v.* INTERNAL REVENUE SERVICE, *ante,* p. 918. Petitions for rehearing denied. JUSTICE THOMAS took no part in the consideration or decision of these petitions.

## DECEMBER 16, 1991

No. A–350. TAYLOR *v.* UNITED STATES. Application for bond pending appeal, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. D–1042. IN RE DISBARMENT OF MCLELLAN. Disbarment entered. [For earlier order herein, see *ante,* p. 923.]

No. D–1059. IN RE DISBARMENT OF MARQUARDT. It is ordered that Philip Walter Marquardt, of Phoenix, Ariz., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1060. IN RE DISBARMENT OF BLUMENFELD. It is ordered that Todd Eric Blumenfeld, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1061. IN RE DISBARMENT OF WALDRON. It is ordered that Kenneth L. Waldron, of Jackson, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.